UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 12-00142 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SHONDOLYN ROCHELLE BLEVINS | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 67] has been considered, together with the written objections [Doc. No. 77] filed by Defendant Shondolyn Rochelle Blevins, *pro se*. After a *de novo* review of the record, including those incorporated portions of the record in *United States v. Blevins*, Crim. Action No. 11-00012, and finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Defendant's Motion to Suppress Evidence Seized After an Illegal Arrest and Motion to Suppress Evidence Seized in Violation of Fourth Amendment [Doc. No. 18] is hereby **DENIED IN PART and GRANTED IN PART**. The motion is **GRANTED** solely to the extent that the Government seeks to introduce at trial Defendant's initial admission that "there was crack hidden all over the house." The motion is otherwise **DENIED**.

MONROE, LOUISIANA, this 22nd day of August, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE