# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NO. 12-00142** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SHONDOLYN ROCHELLE BLEVINS** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

## ORDER

Upon consideration,

IT IS ORDERED that Defendant's Motion to Incorporate [Doc. No. 193] is GRANTED. To the extent that Defendant referred to, but did not provide, documents which are part of the appellate record and/or part of the record of Docket No. 11-00012, those documents are in the public record and have been considered by the Court in reviewing Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. No. 172].

MONROE, LOUISIANA, this 17th day of June, 2016.

*/s/ Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE