UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NO. 12-00142** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SHONDOLYN ROCHELLE BLEVINS** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 190] has been considered, together with the written objections [Doc. No. 192] filed by Defendant Shondolyn Rochelle Blevins, *pro se*. After a *de novo* review of the record, including those incorporated portions of the record in *United States v. Blevins*, Docket No. 11-00012, United States District Court, Western District of Louisiana, Monroe Division, and *United States v. Blevins*, Docket No. 13-30090, United States Court of Appeals for the Fifth Circuit, and finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. No. 172] is **DENIED**.

MONROE, LOUISIANA, this 17th day of June, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE