UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 12-00142 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SHONDOLYN ROCHELLE BLEVINS | MAG. JUDGE JOSEPH PEREZ-MONTES |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 17th day of June, 2016.

*[signature]*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE